App. Div.] Second Department, January, 1912.

Guillaume Reusens, Respondent, v. William J. Morton, Appellant, Impleaded with Others, Defendants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

George L. Tullock, Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The Willson and Adams Company, Respondent, v. Mack Paving and Construction Company and Another, Appellants, Impleaded with Others, Respondents.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Annie Anderson, as Administratrix, etc., of Andrew Anderson, Deceased, Respondent, v. Poughkeepsie Light, Heat and Power Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Caleb W. Cameron, Appellant, v. James A. Sperry and Others, Respondents.— We think the complaint states a cause of action. The judgment dismissing it is, therefore, reversed and a new trial granted, costs to abide the event. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Antonio Carcione, Respondent, v. John B. McDonald, Appellant, Impleaded with Andrew Onderdonk, Defendant.— Judgment and order reversed and new trial granted, costs to abide the event, for the refusal to charge the second request presented by the defendant at folio 200 of the case on appeal. Jenks, P. J., Hirschberg, Woodward and Rich, JJ., concurred; Burr, J., concurred, without passing upon other questions in the case.

Joseph Kazlowski, an Infant, by Victor Kazlowski, His Guardian ad Litem, Respondent, v. Coney Island and Brooklyn Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas and Rich, JJ.; Carr, J., taking no part.

Isidore Marcus, Appellant, v. London Realty Company, Respondent.— Judgment affirmed by default, with costs. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

John Offerman, Respondent, v. Frances Ray Kohner, Appellant, Impleaded with Jacob A. Kohner.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Henry Paul, an Infant, etc., by Henry M. Paul, His Guardian Ad Litem, Respondent, v. Consolidated Fireworks Company of America, Appellant. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Woodward, J., dissented.

Henry M. Paul, Respondent, v. Consolidated Fireworks Company of America, Appellant.— Judgment and order affirmed, with costs. No opin-